UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FELIPE VILLALPANDO,

          Defendant.

Criminal No. 16-324 (SRN)

**PRELIMINARY ORDER OF FORFEITURE**

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and defendant Felipe Villalpando; and on the Court having found that certain property is subject to forfeiture pursuant to 8 U.S.C. § 1324, 18 U.S.C. § 982(a)(6) and 28 U.S.C. § 2461(c),

IT IS HEREBY ORDERED that:

1. The Motion of the United States for a Preliminary Order of Forfeiture [Docket No. 38] is GRANTED;

2. U.S. currency in the amount of $30,000 seized from Wells Fargo Safe Deposit Box XXX is forfeited to the United States pursuant to 8 U.S.C. § 1324, 18 U.S.C. § 982(a)(6), and 28 U.S.C. § 2461(c);

3. The United States may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: July 18, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge